# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2019

Bridget M. McCormack,
Chief Justice

154994

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 154994
                                  COA: 325834
                                  Macomb CC: 2009-005243-FC

ROBERT TAYLOR,
      Defendant-Appellant.

_____/

      By order of May 2, 2017, the application for leave to appeal the September 22, 2016 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Hyatt* (Docket No. 153081). On order of the Court, the case having been decided on June 20, 2018, 502 Mich 89 (2018), the application is again considered. It appearing to this Court that the case of *People v Masalmani* (Docket No. 154773) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2019



                                      Clerk

t0329